1  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center
3  Suite 2340
   San Francisco, California 94111
4  Telephone: (415) 490-9000
   Facsimile:  (415) 490-9001

5
   Attorneys for Defendants
6  Jeanell, Inc. and Flag City Bell Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | CASE NO. 2:08-CV-02864-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION** |
| vs. | |
| JEANELL, INC. dba TACO BELL and FLAG CITY BELL PARTNERSHIP, | |
| Defendants. | Complaint Filed: November 25, 2008<br>Trial Date: Vacated |

Plaintiff Lary Feezor and Defendants Jeanell, Inc. (identified in the Complaint as "JEANELL, INC. dba TACO BELL") and Flag City Bell Partnership (collectively referred to hereinafter as "Defendants"), by and through their attorneys in this regard, upon stipulation hereby request an extension of time of seven (7) days to file their Stipulation of Dismissal. In support of this stipulation, the parties state as follows:

1. On March 11, 2009, Plaintiff submitted a Notice of Settlement in this case, indicating that the parties anticipated filing a Stipulation for Dismissal within four weeks.

2. On March 11, 2009, this Court entered an Order re: Settlement and Stipulation ordering dispositional documents to be filed on or before April 10, 2009.

3. The parties are not yet prepared to file a Stipulation for Dismissal, but anticipate being able to do so no later than April 17, 2009.

WHEREFORE, Plaintiff Lary Feezor and Defendants Jeanell, Inc. and Flag City Bell Partnership respectfully submit their stipulation providing the parties with an extension of time until April 17, 2009, to submit their Stipulation for Dismissal or other dispositional documents.

Date: April 10, 2009

By: /s/ Lynn Hubbard, III (as authorized 4/10/09)   By: /s/Jennifer K. Achtert

Lynn Hubbard, III (SBN 69773)  
Scott Lynn Hubbard, IV (SBN 212970)  
Disabled Advocacy Group, APLC  
12 Williamsburg Lane  
Chico, CA 95926  

Telephone: (530) 895-3252  
Facsimile: (530) 894-8244  

Attorneys for Plaintiff  
Lary Feezor  

Timothy J. Murphy (State Bar No. 54200)  
Jennifer K. Achtert (State Bar No. 197263)  
FISHER & PHILLIPS LLP  
One Embarcadero Center, Suite 2340  
San Francisco, California 94111  

Telephone: (415) 490-9000  
Facsimile:  (415) 490-9001  

Attorneys for Defendants  
Jeanell, Inc. and Flag City Bell Partnership  

**IT IS SO ORDERED.**

Dated: April 13, 2009

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE